1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and PAULA'S CHOICE, LLC, Washington limited liability company, | No. |
| | **COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF** |
| Plaintiffs, | |
| v. | |
| CONNOR MATTHEW NICHOLS, an individual, d/b/a Nichols Enterprises LLC; IRINE ATEH MAMBO, an individual, d/b/a Larene LLC; SARFRAZ ALI KHOWJA, an individual, d/b/a Market Place 360 LLC; MA DEALERS CORPORATION, a New York corporation; and DOES 1-10, | |
| Defendants. | |

## I.    INTRODUCTION

1.    This case involves Defendants' unlawful and expressly prohibited sale of counterfeit Paula's Choice, LLC ("Paula's Choice") skincare products. Amazon.com, Inc. and Amazon.com Services LLC (collectively, "Amazon") and Paula's Choice (together with Amazon, "Plaintiffs") jointly bring this lawsuit to permanently prevent and enjoin Defendants from causing future harm to Amazon and Paula's Choice customers, reputations, and intellectual property ("IP"), and to hold Defendants accountable for their illegal actions.

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 1

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

2.      Amazon.com Services LLC owns and operates the Amazon.com store (the "Amazon Store"), and Amazon's affiliates own and operate equivalent counterpart international stores and websites. Amazon's stores offer products and services to customers in more than 100 countries around the globe. Some of the products are sold directly by Amazon entities, while others are sold by Amazon's numerous third-party selling partners. The Amazon brand is one of the most well-recognized, valuable, and trusted brands in the world. To protect its customers and safeguard its reputation for trustworthiness, Amazon invests heavily in both time and resources to prevent counterfeit and infringing goods from being sold in its stores. In 2023 alone, Amazon invested over $1.2 billion and employed more than 15,000 people to protect its stores from counterfeits, fraud, and other forms of abuses.

3.      Paula's Choice was founded in 1995 by Paula Begoun. Ms. Begoun's frustration with misleading skincare products led her to create a skincare brand rooted in ingredient integrity and scientific research. The company's product line, including its iconic BHA exfoliants and antioxidant serums, caters to various skin concerns without the use of harmful fillers. Paula's Choice serves millions of loyal customers, and now operates in more than 20 countries, including the United States, Canada, and the United Kingdom. The brand's dedication to research and consumer education has solidified its reputation as a trustworthy and innovative leader in skincare.

4.      Paula's Choice owns, manages, enforces, licenses, and maintains IP, including various trademarks. Relevant to this Complaint, Paula's Choice owns the following trademark (the "Paula's Choice Trademark" or "Trademark").

| **Mark** | **Registration No. (International Classes)** |
|---|---|
| PAULA'S CHOICE | 3,226,695 (003) |

A true and correct copy of the registration certificate for the Paula's Choice Trademark is attached as **Exhibit A**.

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 2

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

5.      Defendants advertised, marketed, offered, distributed, and sold counterfeit Paula's Choice products in the Amazon Store using the Paula's Choice Trademark, without authorization, in order to deceive customers about the authenticity and origin of the products and the products' affiliation with Paula's Choice.

6.      As a result of their illegal actions, Defendants have infringed and misused the IP of Paula's Choice; breached their contracts with Amazon; willfully deceived and harmed Amazon, Paula's Choice, and their customers; compromised the integrity of the Amazon Store; and undermined the trust that customers place in Amazon and Paula's Choice. Defendants' illegal actions have caused Amazon and Paula's Choice to expend significant resources to investigate and combat Defendants' wrongdoing and to bring this lawsuit to prevent Defendants from inflicting future harm to Amazon, Paula's Choice, and their customers.

## II.      PARTIES

7.      Amazon.com, Inc. is a Delaware corporation with its principal place of business in Seattle, Washington. Amazon.com Services LLC is a Delaware company with its principal place of business in Seattle, Washington.

8.      Paula's Choice is a Washington limited liability company with its principal place of business in Seattle, Washington.

9.      Defendants are a collection of individuals and/or entities, both known and unknown, who conspired and operated in concert with each other to engage in the counterfeiting scheme alleged in this Complaint. Defendants are the individuals and/or entities who operated, controlled, and/or were responsible for the selling accounts detailed in **Schedule 1**, attached hereto ("Defendants' Selling Accounts" or "Selling Accounts"). In many cases, Defendants took intentional and affirmative steps to hide their true operations from Amazon and Paula's Choice by using falsified and/or fraudulent documents and information to conduct their activities. Defendants are subject to liability for their wrongful conduct both directly and under principles of secondary liability including, without limitation, *respondeat superior*, vicarious liability, and/or contributory infringement.

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 3

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

10.     On information and belief, Defendant Connor Matthew Nichols ("Defendant Nichols"), d/b/a Nichols Enterprises LLC, is an individual residing in Scottsdale, Arizona, who personally participated in and/or had the right and ability to supervise, direct, and control the wrongful conduct alleged in this Complaint, and derived a direct financial benefit from that wrongful conduct. Defendant Nichols, and his company Nichols Enterprises LLC, controlled the FiveSense Selling Account. On further information and belief, Defendant Nichols acted in concert with individuals and/or entities who operated the remaining Selling Accounts listed in Schedule 1.

11.     On information and belief, Defendant Irine Ateh Mambo ("Defendant Mambo"), d/b/a Larene LLC, is an individual residing in Matteson, Illinois, who personally participated in and/or had the right and ability to supervise, direct, and control the wrongful conduct alleged in this Complaint, and derived a direct financial benefit from that wrongful conduct. Defendant Mambo, and her company Larene LLC, controlled the Larene LLC Selling Account. On further information and belief, Defendant Mambo acted in concert with individuals and/or entities who operated the remaining Selling Accounts listed in Schedule 1.

12.     On information and belief, Defendant Sarfraz Ali Khowja ("Defendant Khowja"), d/b/a Market Place 360 LLC, is an individual residing in Sugar Land, Texas, who personally participated in and/or had the right and ability to supervise, direct, and control the wrongful conduct alleged in this Complaint, and derived a direct financial benefit from that wrongful conduct. Defendant Khowja, and his company Market Place 360 LLC, controlled the Your AMZ Emporium Selling Account. On further information and belief, Defendant Khowja acted in concert with individuals and/or entities who operated the remaining Selling Accounts listed in **Schedule 1**.

13.     On information and belief, Defendant MA Dealers Corporation ("Defendant MA Dealers") is a corporation located in Brooklyn, New York that participated in and/or had the right and ability to supervise, direct, and control the wrongful conduct alleged in this Complaint, and derived a direct financial benefit as a result of that wrongful conduct. Financial information

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

1    associated with Defendant MA Dealers was provided to Amazon and tied to multiple of the

2    Selling Accounts, as identified in Schedule 1, indicating that Defendant MA Dealers was directly

3    involved in the operation of the Selling Accounts.

4        14.    On information and belief, Defendants Does 1-10 (the "Doe Defendants") are

5    individuals and/or entities working in active concert with each other and the named Defendants

6    to knowingly and willfully manufacture, import, advertise, market, offer, distribute, and sell

7    counterfeit Paula's Choice products. The identities of the Doe Defendants are presently unknown

8    to Plaintiffs.

9                    **III.    JURISDICTION AND VENUE**

10       15.    The Court has subject matter jurisdiction over Paula's Choice's Lanham Act

11   claim for trademark counterfeiting and trademark infringement, and Amazon's and Paula's

12   Choice's Lanham Act claims for false designation of origin, pursuant to 15 U.S.C. § 1121 and 28

13   U.S.C. §§ 1331 and 1338(a). The Court has subject matter jurisdiction over Amazon's breach of

14   contract claim, and Amazon's and Paula's Choice's claims for violation of the Washington

15   Consumer Protection Act, pursuant to 28 U.S.C. §1367.

16       16.    The Court has personal jurisdiction over Defendants because they transacted

17   business and committed tortious acts within and directed to the State of Washington, and

18   Amazon's and Paula's Choice's claims arise from those activities. Defendants affirmatively

19   undertook to do business with Amazon, a corporation with its principal place of business in

20   Washington, and sold in the Amazon Store products bearing counterfeit versions of the Paula's

21   Choice Trademark and which otherwise infringed Paula's Choice's IP. Additionally, Defendants

22   shipped products bearing counterfeit versions of the Paula's Choice Trademark to consumers in

23   Washington. Each Defendant committed, or facilitated the commission of, tortious acts in

24   Washington and has wrongfully caused Amazon and Paula's Choice substantial injury in

25   Washington.

26       17.    Further, the named Defendants have consented to the jurisdiction of this Court by

27   agreeing to the Amazon Services Business Solutions Agreement ("BSA"), which provides that

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

the "Governing Courts" for claims to enjoin infringement or misuse of IP rights and claims related to the sale of counterfeit products in the Amazon Store are the state or federal courts located in King County, Washington.

18.    Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events giving rise to the claims occurred in the Western District of Washington. Venue is also proper in this Court because Defendants consented to it under the BSA.

19.    Pursuant to Local Civil Rule 3(e), intra-district assignment to the Seattle Division is proper because the claims arose in this Division, where (a) Amazon resides, (b) injuries giving rise to suit occurred, and (c) Defendants directed their unlawful conduct.

## IV.    FACTS

### A.    Amazon's Efforts to Prevent the Sale of Counterfeit Goods.

20.    Amazon works hard to build and protect the reputation of its stores as places where customers can conveniently select from a wide array of authentic goods and services at competitive prices. Amazon invests vast resources to ensure that when customers make purchases in Amazon's stores—either directly from Amazon entities or from one of its millions of third-party sellers—customers receive authentic products made by the true manufacturer of those products.

21.    A small number of bad actors seek to take advantage of the trust customers place in Amazon by attempting to create Amazon selling accounts to advertise, market, offer, distribute, and sell counterfeit products. These bad actors seek to misuse and infringe the trademarks and other IP of the true manufacturers of those products to deceive Amazon and its customers. This unlawful and expressly prohibited conduct undermines the trust that customers, sellers, and manufacturers place in Amazon, and tarnishes Amazon's brand and reputation, thereby causing irreparable harm to Amazon.

22.    Amazon prohibits the sale of inauthentic and fraudulent products and is constantly innovating on behalf of its customers and working with brands, manufacturers, rights owners,

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

and others to improve the detection and prevention of counterfeit products from ever being offered to customers in Amazon's stores. Amazon employs dedicated teams of software engineers, research scientists, program managers, and investigators to prevent counterfeits from being offered in Amazon's stores. Amazon's systems automatically and continuously scan thousands of data points to prevent, detect, and remove counterfeits from its stores and to terminate the selling accounts of bad actors before they can offer counterfeit products. When Amazon identifies issues based on this feedback, it takes action to address them. Amazon also uses this intelligence to improve its proactive prevention controls. In 2023, Amazon's proactive controls blocked more than 99% of suspected infringing listings before a brand ever had to find and report them.

23.    In 2017, Amazon launched Brand Registry, a free service that offers rights owners an enhanced suite of tools for monitoring and reporting potential instances of infringement, regardless of their relationship with Amazon. Brand Registry delivers automated brand protections that use machine learning to predict infringement and proactively protect brands' IP. Brand Registry also provides a powerful Report a Violation Tool that allows brands to search for, identify, and report potentially infringing products using state-of-the-art image search technology.

24.    In 2018, Amazon launched Transparency, a product serialization service that effectively eliminates counterfeits for enrolled products. Brands enrolled in Transparency can apply a unique 2D code to every unit they manufacture, which allows Amazon, other retailers, law enforcement, and customers to determine the authenticity of any Transparency-enabled product, regardless of where the product was purchased. More than 1.6 billion product units, whether sold in Amazon's stores or elsewhere in the retail supply chain, have enrolled in Transparency, and have been authenticated as genuine through code scan verification.

25.    In 2019, Amazon launched Project Zero, a program to empower brands to help Amazon drive counterfeits to zero. Project Zero introduced a novel self-service counterfeit removal tool that enables brands to remove counterfeit listings directly from Amazon's stores.

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 7

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

This enables brands to take down counterfeit product offerings on their own within minutes. Since launch, more than 25,000 brands have enrolled in Project Zero.

26. Amazon continues to innovate to stay ahead of bad actors, and requires new and existing selling partners to verify their identity and documentation. Amazon investigators review the seller-provided identity documents to determine whether those documents are both valid and legitimate, such as confirming that the seller has provided a fully legible copy of the document, verifying that the document matches the information the seller provided to Amazon with respect to their identity, and analyzing whether the document shows any signs of alteration, tampering, or fabrication. These measures have made it more difficult for bad actors to hide. Amazon's seller verification, coupled with continued advancements in Amazon's machine learning-based detection, are deterring bad actors from even attempting to create new Amazon selling accounts. In 2023, Amazon stopped more than 700,000 bad actor attempts to create new selling accounts, stopping them before they were able to list a single product for sale in Amazon's stores. This is down from 6 million attempts by bad actors to create new Amazon selling accounts in 2020.

27. Once a seller begins selling in Amazon's stores, Amazon continues to monitor the selling account's activities for risks. If Amazon identifies a bad actor, it closes that actor's selling account, withholds funds disbursement, and investigates whether other accounts are involved in unlawful activities. In 2023, Amazon identified, seized, and appropriately disposed of more than 7 million counterfeit products worldwide, preventing them from harming customers or being resold.

28. In addition to the measures discussed above, Amazon actively cooperates with rights owners and law enforcement to identify and prosecute bad actors suspected of engaging in illegal activity. Lawsuits, like this one, as well as criminal referrals, are integral components of Amazon's efforts to combat counterfeits and other inauthentic products.

**B.     Paula's Choice and Its Anti-Counterfeiting Efforts.**

29. Paula's Choice goes to great lengths to protect consumers from counterfeits of its products and is committed to leading efforts to combat counterfeit products. Paula's Choice

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

utilizes both internal and external resources to combat counterfeit and infringing products. Paula's Choice works with a third-party brand protection service vendor on the detection and removal of product listings violating Paula's Choice's IP rights.

30.    Paula's Choice is currently enrolled in Amazon Brand Registry and Project Zero programs. Paula's Choice began actively using the tools and protections provided by these programs in response to the counterfeiting activity, including the activity described in this Complaint.

**C.    Defendants Created Amazon Selling Accounts, Agreed Not to Sell Counterfeit Goods, and Agreed to Provide Accurate Information to Amazon.**

31.    Defendants established, controlled, and operated the three Selling Accounts detailed in Schedule 1, through which they sought to advertise, market, offer, distribute, and sell, counterfeit Paula's Choice products. In connection with these Selling Accounts, Defendants provided Amazon with names, email addresses, phone numbers, banking information, and government-issued identification for individuals and entities acting on behalf of the Selling Account.

32.    Certain Defendants also submitted invoices to Amazon that Amazon subsequently determined to be false, which purported to show that their counterfeit products came from suppliers of authentic products.

33.    To become a third-party seller in the Amazon Store, sellers are required to agree to the BSA, which governs the applicant's access to and use of Amazon's services and states Amazon's rules for selling in the Amazon Store. By entering into the BSA, each seller represents and warrants that it "will comply with all applicable Laws in [the] performance of its obligations and exercise of its rights" under the BSA. A true and correct copy of the applicable versions of the BSA, namely, the versions Defendants last agreed to when using Amazon's services, are attached as **Exhibit B**.

34.    Under the terms of the BSA, Amazon specifically identifies the sale of counterfeit goods as "deceptive, fraudulent, or illegal activity" in violation of Amazon's policies, reserving

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

the right to withhold payments and terminate the selling account of any bad actor who engages in such conduct. Ex. B, ¶¶ 2-3. The BSA requires the seller to defend, indemnify, and hold Amazon harmless against any claims or losses arising from the seller's "actual or alleged infringement of any Intellectual Property Rights." *Id.* ¶ 6.1.

35.     Additionally, the BSA incorporates, and sellers therefore agree to be bound by, Amazon's Anti-Counterfeiting Policy, the applicable version of which is attached as **Exhibit C**. The Anti-Counterfeiting Policy expressly prohibits the sale of counterfeit goods in the Amazon Store:

- The sale of counterfeit products is strictly prohibited.

- You may not sell any products that are not legal for sale, such as products that have been illegally replicated, reproduced, or manufactured[.]

- You must provide records about the authenticity of your products if Amazon requests that documentation[.]

  Failure to abide by this policy may result in loss of selling privileges, funds being withheld, destruction of inventory in our fulfillment centers, and other legal consequences.

*Id.*

36.     Amazon's Anti-Counterfeiting Policy further describes Amazon's commitment to preventing the sale and distribution of counterfeit goods in the Amazon Store together with the consequences of selling inauthentic products:

- Sell Only Authentic and Legal Products. It is your responsibility to source, sell, and fulfill only authentic products that are legal for sale. Examples of prohibited products include:

  o   Bootlegs, fakes, or pirated copies of products or content

  o   Products that have been illegally replicated, reproduced, or manufactured

  o   Products that infringe another party's intellectual property rights

- Maintain and Provide Inventory Records. Amazon may request that you provide documentation (such as invoices) showing the authenticity of your products or your authorization to list them for sale. You may remove pricing information from these documents, but providing documents that have been edited in any other way or that are misleading is a violation of this policy and will lead to enforcement against your account.

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

- Consequences of Selling Inauthentic Products. If you sell inauthentic products, we may immediately suspend or terminate your Amazon selling account (and any related accounts), destroy any inauthentic products in our fulfillment centers at your expense, and/or withhold payments to you.

- Amazon Takes Action to Protect Customers and Rights Owners. Amazon also works with manufacturers, rights holders, content owners, vendors, and sellers to improve the ways we detect and prevent inauthentic products from reaching our customers. As a result of our detection and enforcement activities, Amazon may:

  o Remove suspect listings.

  o Take legal action against parties who knowingly violate this policy and harm our customers. In addition to criminal fines and imprisonment, sellers and suppliers of inauthentic products may face civil penalties including the loss of any amounts received from the sale of inauthentic products, the damage or harm sustained by the rights holders, statutory and other damages, and attorney's fees.

- Reporting Inauthentic Products. We stand behind the products sold on our site with our A-to-z Guarantee, and we encourage rights owners who have product authenticity concerns to notify us. We will promptly investigate and take all appropriate actions to protect customers, sellers, and rights holders. You may view counterfeit complaints on the Account Health page in Seller Central.

*Id.*

37.     Additionally, under the terms of the BSA, sellers agree that the information and documentation they provide to Amazon in connection with their selling accounts—such as identification, contact, and banking information—will, at all times, be valid, truthful, accurate, and complete. Specifically, the BSA requires that:

- As part of the application process, you must provide us with your (or your business') legal name, address, phone number and e-mail address, as well as any other information we may request. Ex. B. ¶ 1.

- You will use only a name you are authorized to use in connection with a[ny Amazon] Service and will update all of the information you provide to us in connection with the Services as necessary to ensure that it at all times remains accurate, complete, and valid. *Id.* ¶ 2.

- Each party represents and warrants that: (a) if it is a business, it is duly organized, validly existing and in good standing under the Laws of the country in which the business is registered and that you are registering for the Service(s) within such country; (b) it has all requisite right, power, and authority to enter this Agreement, perform its obligations, and grant the rights, licenses, and authorizations in this Agreement; (c) any information provided

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

or made available by one party to another party or its Affiliates is at all times accurate and complete[.] *Id*. ¶ 5.

38.     When Defendants registered as third-party sellers in the Amazon Store, and established their Selling Accounts, they agreed not to advertise, market, offer, distribute, or sell counterfeit products, and agreed to provide Amazon with accurate and complete information and to ensure that information remained as such.

**D.    Defendants' Sale of Counterfeit Paula's Choice Products and Provision of False Information to Amazon.**

39.     On information and belief, Defendants advertised, marketed, offered, distributed, and sold counterfeit Paula's Choice-branded products in the Amazon Store. The counterfeit Paula's Choice-branded products sold by Defendants are identified and described in Schedule 1.

40.     Paula's Choice has reviewed physical samples of Paula's Choice-branded products sold by the Selling Accounts and determined that the products are counterfeit, that each bears a counterfeit Paula's Choice Trademark, and that Paula's Choice has never authorized the sale of such products, as detailed in Schedule 1.

41.     In addition, as further detailed in Schedule 1, certain Defendants submitted invoices to Amazon that Amazon subsequently determined to be false, which purported to show that their counterfeit products came from a supplier of authentic products.

**E.    Defendants' Coordinated Sales of Counterfeit Paula's Choice Products.**

42.     On information and belief, Defendants operated in concert with one another in their advertising, marketing, offering, distributing, and selling of counterfeit Paula's Choice-branded products. Defendants are connected through a common address in Dallas, Texas, which was provided to Amazon to facilitate the operation of the Selling Accounts. For example, in at least two instances, the Dallas address served as Defendants' removal address.[1]

---

[1] A "removal address" is the physical address designated by a seller where products are sent that are returned by customers or removed from Amazon's fulfillment centers.

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 12

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

**F.      Amazon Shut Down Defendants' Selling Accounts.**

43.      By selling counterfeit and infringing Paula's Choice products, Defendants falsely represented to Amazon and its customers that the products Defendants sold were genuine products made by Paula's Choice. Defendants also knowingly and willfully used Paula's Choice's IP in connection with the advertising, marketing, offering, distributing, and selling of counterfeit and infringing Paula's Choice products.

44.      At all times, Defendants knew they were prohibited from violating third-party IP rights or any applicable laws while selling products in the Amazon Store, from providing inaccurate information to Amazon and its customers, from misrepresenting the authenticity of the products sold, and from misleading Amazon and its customers through their sale of inauthentic Paula's Choice products. Defendants have breached the terms of their agreements with Amazon; deceived Amazon's customers and Amazon, infringed and misused the IP rights of Paula's Choice, harmed the integrity of and customer trust in the Amazon Store, and tarnished Amazon's and Paula's Choice's brands.

45.      After Amazon verified Defendants' sale of counterfeit Paula's Choice products, it blocked Defendants' Selling Accounts. In doing so, Amazon exercised its rights under the BSA to protect its customers and the reputations of Amazon and Paula's Choice.

46.      Pursuant to Amazon's A-to-z guarantee, Amazon also proactively issued refunds to customers who purchased purported Paula's Choice products from Defendants. Defendants have not reimbursed Amazon.

## V.      CLAIMS

**FIRST CLAIM**
*(by Paula's Choice against all Defendants)*
**Trademark Counterfeiting and Trademark Infringement – 15 U.S.C. § 1114**

47.      Plaintiff Paula's Choice incorporates by reference the allegations of the preceding paragraphs as though set forth herein.

48.      Defendants' activities constitute counterfeiting and infringement of the Paula's Choice Trademark as described in the paragraphs above.

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 13

49.     Paula's Choice owns the Paula's Choice Trademark and advertises, markets, offers, distributes, and sells its products using the Paula's Choice Trademark, described above, and uses that Trademark to distinguish its products from the products and related items of others in the same or related fields.

50.     Because of Paula's Choice's long, continuous, and exclusive use of the Paula's Choice Trademark identified in this Complaint, the Trademark has come to mean, and is understood by customers and the public, to signify products from Paula's Choice.

51.     Defendants unlawfully advertised, marketed, offered, distributed, and sold products bearing counterfeit and infringing versions of the Paula's Choice Trademark with the intent and likelihood of causing customer confusion, mistake, and deception as to the products' source, origin, and authenticity. Specifically, Defendants intended customers to believe, incorrectly, that the products originated from, were affiliated with, and/or were authorized by Paula's Choice and likely caused such erroneous customer beliefs.

52.     As a result of Defendants' wrongful conduct, Paula's Choice is entitled to recover its actual damages, Defendants' profits attributable to the infringement, treble damages, and attorneys' fees pursuant to 15 U.S.C. § 1117(a) and (b). Alternatively, Paula's Choice is entitled to statutory damages under 15 U.S.C. § 1117(c) for Defendants' use of counterfeit marks.

53.     Paula's Choice is further entitled to injunctive relief, including an order impounding all counterfeit and infringing products and promotional materials in Defendants' possession. Paula's Choice has no adequate remedy at law for Defendants' wrongful conduct because, among other things: (a) the Paula's Choice Trademark is a unique and valuable property that has no readily-determinable market value; (b) Defendants' counterfeiting and infringing activities constitute harm to Paula's Choice and its reputation and goodwill such that Paula's Choice could not be made whole by any monetary award; (c) if Defendants' wrongful conduct is allowed to continue, the public is likely to become further confused, mistaken, or deceived as to the source, origin, or authenticity of the counterfeit and infringing materials; and (d) the resulting harm to Paula's Choice, due to Defendants' wrongful conduct, is likely to be continuing.

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

<u>**SECOND CLAIM**</u>
*(by Paula's Choice and Amazon against all Defendants)*
**False Designation of Origin– 15 U.S.C. § 1125(a)**

54.     Plaintiffs incorporate by reference the allegations of the preceding paragraphs as though set forth herein.

55.     Paula's Choice owns the Paula's Choice Trademark and advertises, markets, offers, distributes, and sells its products using the Trademark as described above, and uses the Trademark to distinguish its products from the products and related items of others in the same or related fields.

56.     Because of Paula's Choice's long, continuous, and exclusive use of the Paula's Choice Trademark identified in this Complaint, the Trademark has come to mean, and is understood by customers, users, and the public, to signify products from Paula's Choice.

57.     Amazon's reputation for trustworthiness is at the heart of its relationship with customers. Defendants' actions in selling counterfeits pose a threat to Amazon's reputation because they undermine and jeopardize customer trust in the Amazon Store.

58.     Defendants' unlawfully advertised, marketed, offered, distributed, and sold products bearing counterfeit versions of the Paula's Choice Trademarks with the intent and likelihood of causing customer confusion, mistake, and deception as to the products' source, origin, and authenticity.

59.     Upon information and belief, Defendants' wrongful conduct misleads and confuses customers and the public as to the origin and authenticity of the goods and services advertised, marketed, offered, distributed, or sold in connection with the Paula's Choice Trademark and wrongfully trades upon Paula's Choice's goodwill and business reputation.

60.     Further, Defendants deceived Amazon and its customers about the authenticity of the products they were advertising, marketing, offering, distributing, and selling, in direct and willful violation of the BSA and Amazon's Anti-Counterfeiting Policies. Defendants' deceptive acts were material to Amazon's decision to allow Defendants to sell their products in the

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 15

1    Amazon Store because Amazon would not have allowed Defendants to do so but for their

2    deceptive acts.

3        61.    Defendants' misconduct has also caused Amazon to expend significant resources

4    to investigate and combat Defendants' wrongdoing and to bring this lawsuit to prevent

5    Defendants from causing further harm to Amazon and its customers. Defendants' illegal acts

6    have caused irreparable injury to Amazon and, on information and belief, that injury is ongoing

7    at least to the extent that Defendants continue to establish selling accounts under different or

8    false identities. An award of monetary damages alone cannot fully compensate Amazon for its

9    injuries, and thus Amazon lacks an adequate remedy at law.

10        62.    Defendants' conduct constitutes (a) false designation of origin, (b) false or

11   misleading description, and (c) false or misleading representation that products originate from or

12   are authorized by Paula's Choice, all in violation of 15 U.S.C. § 1125(a)(1)(A).

13        63.    Plaintiffs are entitled to an injunction against Defendants, their officers, agents,

14   servants, employees, and attorneys, and all other persons in active concert or participation with

15   them, as set forth in the Prayer for Relief below, along with attorneys' fees and costs in

16   investigating and bringing this lawsuit. Defendants' acts have caused irreparable injury to

17   Plaintiffs. On information and belief, that injury is continuing. An award of monetary damages

18   cannot fully compensate Plaintiffs for their injuries, and Plaintiffs lack an adequate remedy at

19   law.

20        64.    Paula's Choice is further entitled to recover Defendants' profits, Paula's Choice's

21   damages for its losses, and Paula's Choice's costs to investigate and remediate Defendants'

22   conduct and bring this action, in an amount to be determined. Paula's Choice is also entitled to

23   the trebling of any damages award as allowed by law. Likewise, Amazon is also entitled to

24   recover its damages arising from Defendants' sale of counterfeit products in the Amazon Store.

25

26

27

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

**THIRD CLAIM**
*(by Paula's Choice and Amazon against all Defendants)*
**Violation of Washington Consumer Protection Act, RCW 19.86.010, *et seq.***

65.    Plaintiffs incorporate by reference the allegations of the preceding paragraphs as though set forth herein.

66.    Defendants' advertising, marketing, offering, distributing, and selling of counterfeit Paula's Choice products constitute deceptive acts or practices in the conduct of trade or commerce, in violation of RCW 19.86.020.

67.    Defendants' advertising, marketing, offering, distributing, and selling of counterfeit Paula's Choice products harm the public interest by deceiving customers about the authenticity, origins, and sponsorship of the products.

68.    Defendants' advertising, marketing, offering, distributing, and selling of counterfeit Paula's Choice products directly and proximately causes harm to and tarnishes Plaintiffs' reputations and brands, and damages their business and property interests and rights.

69.    Accordingly, Plaintiffs seek to enjoin further violations of RCW 19.86.020 and recover from Defendants their attorneys' fees and costs. Paula's Choice further seeks to recover from Defendants its actual damages, trebled, and Amazon further seeks to recover from Defendants its actual damages, trebled, regarding Defendants activities involving the sale of counterfeit products.

**FOURTH CLAIM**
*(by Amazon.com Services LLC[2] against all Defendants)*
**Breach of Contract**

70.    Plaintiff Amazon incorporates by reference the allegations of the preceding paragraphs as though set forth herein.

71.    Defendants established Amazon selling accounts and entered into Amazon's BSA, a binding and enforceable contract between Defendants and Amazon. Defendants also contractually agreed to be bound by the policies incorporated by reference into the BSA,

---

[2] For the Fourth Claim only, "Amazon" shall refer to Amazon.com Services LLC only.

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 17

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

including Amazon's Anti-Counterfeiting Policy and other policies as maintained on the Amazon seller website.

72.    Amazon performed all obligations required of it under the terms of the contract with Defendants or was excused from doing so.

73.    Defendants' sale and distribution of counterfeit Paula's Choice products materially breached the BSA and the Anti-Counterfeiting Policy in numerous ways. Among other things, Defendants' conduct constitutes infringement and misuse of the IP rights of Paula's Choice.

74.    In furtherance of their sale and distribution of counterfeit Paula's Choice products, certain Defendants further breached the BSA and its incorporated policies by submitting falsified documents to Amazon in order to obtain approval to sell the products in the Amazon Store and/or submitted falsified documents to Amazon after their Selling Accounts were suspended in an effort to have their Accounts reinstated.

75.    Defendants' breaches have caused significant harm to Amazon, and Amazon is entitled to damages in an amount to be determined.

## VI.    PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully pray for the following relief:

A.    That the Court enter an order permanently enjoining Defendants, their officers, agents, servants, employees, and attorneys, and all others in active concert or participation with them, from:

(i)    selling products in Amazon's stores;

(ii)    selling products to Amazon or any affiliate;

(iii)    opening or attempting to open any Amazon selling accounts;

(iv)    importing, manufacturing, producing, distributing, circulating, offering to sell, selling, advertising, promoting, or displaying any product or service using any simulation, reproduction, counterfeit, copy, or colorable

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

imitation of Paula's Choice's brand or Trademark, or which otherwise
infringes Paula's Choice's IP, in any store or in any medium; and

(v)      assisting, aiding, or abetting any other person or business entity in
engaging in or performing any of the activities referred to in
subparagraphs (i) through (iv) above;

B.      That the Court enter judgment in Plaintiffs' favor on all claims brought by them;

C.      That the Court enter an order pursuant to 15 U.S.C. § 1118 impounding and permitting destruction of all counterfeit and infringing products bearing the Paula's Choice Trademark or that otherwise infringe Paula's Choice's IP, and any related materials, including business records and materials used to reproduce any infringing products, in Defendants' possession or under their control;

D.      That the Court enter an order requiring Defendants to provide Plaintiffs a full and complete accounting of all amounts due and owing to Plaintiffs as a result of Defendants' unlawful activities;

E.      That the Court enter an order requiring Defendants to pay all general, special, and actual damages which Paula's Choice has sustained, or will sustain, as a consequence of Defendants' unlawful acts, plus Defendants' profits from the unlawful conduct described herein, together with its statutory damages, and that such damages be enhanced, doubled, or trebled as provided for by 15 U.S.C. § 1117, RCW 19.86.020, or otherwise allowed by law, and that Amazon's damages, plus Defendants' profits, related to Defendants' activities involving the sale of counterfeit products be enhanced, doubled, or trebled as provided by 15 U.S.C. § 1117, RCW 19.86.020, or otherwise allowed by law;

F.      That the Court enter an order requiring Defendants to pay the maximum amount of prejudgment interest authorized by law;

G.      That the Court enter an order requiring Defendants to pay the costs of this action and Plaintiffs' reasonable attorneys' fees incurred in prosecuting this action, as provided for by 15 U.S.C. § 1117, RCW 19.86.020, or otherwise allowed by law;

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

1    H.    That the Court enter an order requiring that identified financial institutions

2   restrain and transfer to Plaintiffs all amounts arising from Defendants' unlawful counterfeiting

3   activities as set forth in this lawsuit, up to a total amount necessary to satisfy monetary judgment

4   in this case; and

5    I.    That the Court grant Plaintiffs such other, further, and additional relief as the

6   Court deems just and equitable.

7

8        DATED this 27th day of September, 2024.

9                            DAVIS WRIGHT TREMAINE LLP
                            *Attorneys for Plaintiffs*
10

11                            *s/ Scott Commerson*
                            Scott Commerson, WSBA #58085
12                           865 South Figueroa Street, Suite 2400
                            Los Angeles, CA 90017-2566
13                           Tel: (213) 633-6800
                            Fax: (213) 633-6899
14                           Email: scottcommerson@dwt.com

15

16

17

18

19

20

21

22

23

24

25

26

27

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 20

## SCHEDULE 1

**SELLING ACCOUNT 1:**

Selling Account Name: FiveSense
Dates of Known Sales of Infringing Products: May 2, 2023 through June 27, 2023

| Purported Product | Additional Details |
|---|---|
| Paulas Choice--SKIN PERFECTING 2% BHA Liquid Salicylic Acid Exfoliant-- Facial Exfoliant for Blackheads, Enlarged Pores, Wrinkles & Fine Lines, 4 oz Bottle<br><br>ASIN:[1] B00949CTQQ | • On or about June 5, 2023, Paula's Choice conducted a test purchase of the listed product sold by the bad actor.<br><br>• Paula's Choice received and inspected the test purchase and confirmed that it is counterfeit based on deviations from authentic products and packaging of Paula's Choice.<br><br>• Amazon inspected an invoice provided in connection with this Selling Account. Amazon confirmed the invoice was fabricated based on deviations from an authentic invoice.<br><br>• Defendant MA Dealers' financial information was provided to Amazon to use in connection with the Selling Account. |

---

[1] "ASIN" is an abbreviation of "Amazon Standard Identification Number," which is a unique series of ten alphanumeric characters that is assigned to each product listed for sale in Amazon's stores for identification purposes.

**SELLING ACCOUNT 2:**

Selling Account Name: Larene LLC
Dates of Known Sales of Infringing Products: April 19, 2023 through June 21, 2023

| Purported Product | Additional Details |
|---|---|
| Paulas Choice--SKIN PERFECTING 2% BHA Liquid Salicylic Acid Exfoliant--Facial Exfoliant for Blackheads, Enlarged Pores, Wrinkles & Fine Lines, 4 oz Bottle<br><br>ASIN: B00949CTQQ | • On or about June 5, 2023, Paula's Choice conducted a test purchase of the listed product sold by the bad actor.<br><br>• Paula's Choice received and inspected the sample product and confirmed that it is counterfeit based on deviations from authentic products and packaging of Paula's Choice.<br><br>• Amazon inspected an invoice provided in connection with this Selling Account. Amazon confirmed the invoice was fabricated based on deviations from an authentic invoice.<br><br>• Defendant MA Dealers' financial information was provided to Amazon to use in connection with the Selling Account. |

**SELLING ACCOUNT 3:**

Selling Account Name: Your AMZ Emporium
Dates of Known Sales of Infringing Products: April 27, 2023 through September 8, 2023

| Purported Product | Additional Details |
|---|---|
| Paulas Choice--SKIN PERFECTING 2% BHA Liquid Salicylic Acid Exfoliant--Facial Exfoliant for Blackheads, Enlarged Pores, Wrinkles & Fine Lines, 4 oz Bottle<br><br>ASIN: B00949CTQQ | • On or about September 27, 2023, Amazon sent to Paula's Choice a sample of the product sold by the bad actor.<br><br>• Paula's Choice received and inspected the sample product and confirmed that it is counterfeit based on deviations from authentic products and packaging of Paula's Choice. |