The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and PAULA'S CHOICE, LLC, Washington limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>CONNOR MATTHEW NICHOLS, an individual, d/b/a Nichols Enterprises LLC; IRINE ATEH MAMBO, an individual, d/b/a Larene LLC; SARFRAZ ALI KHOWJA, an individual, d/b/a Market Place 360 LLC; MA DEALERS CORPORATION, a New York corporation; and DOES 1-10,<br><br>Defendants. | No. 2:24-cv-01550-KKE<br><br>**PLAINTIFFS' FURTHER STATUS REPORT** |

Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and Paula's Choice, LLC (collectively, "Plaintiffs") submit this status report to further apprise the Court on the progress of this action and provide an update on Plaintiffs' prior Status Report, filed on December 30, 2024. Dkt. 12. Plaintiffs advise as follows:

Plaintiffs have now completed service on all Defendants. Plaintiffs completed service on Defendant MA Dealers Corporation ("MA Dealers") at its warehouse address on December 12,

PLAINTIFFS' FURTHER STATUS REPORT - 1
(2:24-cv-01550-KKE)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

2024. Dkt. 14. Due to a reporting delay with the process server, Plaintiffs did not learn that service had been completed on MA Dealers until January 9, 2025.

Plaintiffs are engaged in discussions with the other Defendants to advance the case. If Defendant MA Dealers fails to file an answer or respond to Plaintiffs' allegations, Plaintiffs will move for entry of default against it.

DATED this 14th day of January, 2025.

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

*/s/ Scott R. Commerson*
Scott R. Commerson, WSBA #58085
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071-3460
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

PLAINTIFFS' FURTHER STATUS REPORT - 2
(2:24-cv-01550-KKE)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax