UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; et al., <br><br> Plaintiff(s), <br><br> Vs. <br><br> CONNOR MATTHEW NICHOLS, an individual, d/b/a NICHOLS ENTERPRISES LLC; et al., <br><br> Defendant(s). | NO. 2:24-cv-01550-KKE <br><br> AFFIDAVIT OF SERVICE OF: SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF; CIVIL COVER SHEET. |

STATE OF ARIZONA      )
                     ) ss.
COUNTY OF MARICOPA   )

The undersigned, being first duly sworn, on oath states:

    That I am now, and at all times herein mentioned, was a citizen of the United States and a resident of the State of Arizona, over the age of 18 years, not a party to or interested in the above entitled action, and am competent to be a witness therein.

    That at 9:15 A.M. on December 21st, 2024, at 6850 East Mayo Boulevard, Apartment 3207, Phoenix, Arizona, I duly served the above-described documents in the above-described matter upon Connor Matthew Nichols, doing business as Nichols Enterprises LLC, by then and there personally delivering a true and correct copy thereof by leaving the same with Connor Matthew Nichols, personally and as Sole Proprietor of Nichols Enterprises LLC, being a Caucasian male, approximately 30 years old, 6'2, 180lbs, with brown eyes, and with black hair, who is authorized to accept service.

1

BRANSON OXFORD MARICOPA CO. #9061

Service Fees:
Travel:
SSA:
Bad Address:
Aff./Notary Fee:
Special Fee:
Wait:

TOTAL   $(see invoice)

SUBSCRIBED AND SWORN to before me on: 1/15/25

NOTARY PUBLIC in and for the State
of Arizona residing at: 9393, N 90 st #121
My commission expires: 12/15/27



OFFICIAL SEAL
CRAIG PODGURSKI JR
NOTARY PUBLIC - ARIZONA
MARICOPA COUNTY
COMM # 676056
My Comm. Expires 12/15/2027

2