UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM INC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CONNOR MATHEW NICHOLS, et al., <br><br> Defendants. | CASE NO. C24-1550-KKE <br><br> ORDER ON SERVICE OF MOTION TO AMEND COMPLAINT |

     Plaintiffs bring this suit against three individuals, one entity, and Doe defendants arising from defendants' alleged sale of counterfeit products on the Amazon.com store. Dkt. No. 1. One defendant, Irine Ateh Mambo, has appeared and is representing herself. Dkt. Nos. 8, 13. On May 13, 2025, Plaintiffs filed a motion for leave to file an amended complaint. Dkt. No. 22. Under Federal Rule of Civil Procedure 5(a)(1)(D), all motions must be served on every party. Fed. R. Civ. P. 5(a)(1)(D). And while the Federal Rules and this district's local rules no longer require a certificate of service when all parties are "signed up to participate in the ECF system[,]" Mambo has not registered for e-filing and does not receive notice of filings via CM/ECF notifications. Local Rules W.D. Wash. LCR 5(f); *see* Fed. R. Civ. P. 5(d)(1)(B). Accordingly, Plaintiffs must file proof of service of the motion and related documents on Defendant Mambo by June 2, 2025. To the extent the proof of service shows service made after the initial filing date of the motion, the

ORDER ON SERVICE OF MOTION TO AMEND COMPLAINT - 1

Court will re-note the motion in accordance with Local Rule 7(d)(3) to ensure Mambo has sufficient time to file any opposition.

The Clerk is directed to send uncertified copies of this Order to any party appearing pro se at said party's last known address.

Dated this 29th day of May, 2025.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge