UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM INC, et al., | CASE NO. C24-1550-KKE |
| Plaintiff(s), | ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT |
| v. | |
| CONNOR MATHEW NICHOLS, et al., | |
| Defendant(s). | |

This matter comes before the Court on Plaintiffs' motion for leave to file a second amended complaint under Federal Rule of Civil Procedure 15. Dkt. No. 37. Only one defendant, Irine Ateh Mambo, has appeared in this action, and he has since been voluntarily dismissed. Dkt. No. 41. As no other Defendant has appeared, no party filed an opposition to Plaintiffs' motion to amend. Under Local Rule 7(b), "if a party fails to file papers in opposition to a motion, such failure may be considered by the court as an admission that the motion has merit." Local Rules W.D. Wash. LCR 7(b)(2). Because this motion is unopposed and Rule 15(a)(2) instructs the Court to "freely give leave [to amend] when justice so requires[,]" the Court GRANTS Plaintiffs' motion. Dkt. No. 37.

Plaintiffs shall file their second amended complaint by February 12, 2026.

ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT - 1

Dated this 5th day of February, 2026.

Kymberly K. Evanson
United States District Judge