UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM INC, et al.,<br><br>Plaintiff(s),<br>v.<br><br>CONNOR MATHEW NICHOLS, et al.,<br><br>Defendant(s). | CASE NO. C24-1550-KKE<br><br>ORDER TERMINATING TRIAL DATE AND RELATED PRETRIAL DEADLINES |

This matter comes before the Court on Plaintiffs' status report. Dkt. No. 50.

On November 6, 2025, the Court set this case for a trial date of December 9, 2026, with corresponding pretrial deadlines. Dkt. No. 36. Subsequently, Plaintiffs voluntarily dismissed Defendants Thomas Hill, Connor Matthew Nichols, and Irine Ateh Mambo. Dkt. Nos. 39, 40, 41. On February 5, 2026, the Court granted Plaintiffs' motion to amend the complaint. Dkt. No. 42. Plaintiffs' operative second amended complaint asserts claims against Defendants Safraz Ali Khowja ("Khowja"), MA Dealers Corporation ("MA Dealers"), Manisofts LLC ("Manisofts"), and Muhammad Imran ("Imran"). Dkt. No. 43. Default was entered against Khowja and MA Dealers on August 3, 2026. Dkt. No. 48.

Neither Manisofts nor Imram have entered an appearance in the case. According to Plaintiffs' status report, filed on October 29, 2026, Plaintiffs are currently "engaged in protracted settlement negotiations" with Manisofts and Imran. Dkt. No. 50 at 2. Though Plaintiffs "anticipate

they will complete their settlement discussions," they state that if unsuccessful, they will file a motion for default within thirty days. *Id.*

In light of Plaintiffs' status report and the procedural history of this case, the Court TERMINATES the trial date and related pretrial dates set in the Court's November 6, 2025 Order (Dkt. No. 36). On or before November 30, 2026, Plaintiffs shall file a notice of settlement, motion for default, or motion to extend this deadline.

Dated this 18th day of November, 2026.

Kymberly K. Evanson
United States District Judge